FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M  DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

MICHAEL BAILEY
United States Attorney
District of Arizona
Anthony W. Church
Assistant United States Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email:  anthony.church@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Alejandro Berrelleza Hernandez,<br><br>Defendant. | No.  CR-20-00232-PHX-DJH (JZB)<br><br>**I N D I C T M E N T**<br><br>VIO:   18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1-4 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about  June 12, 2019, in the District of Arizona, Defendant, ALEJANDRO BERRELLEZA HERNANDEZ knowingly made false statements and representations to Sprague's Sports, located in Yuma, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Keltec CMR30, .22,  rifle and one Smith and Wesson Shield 2.0, .380, pistol, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about  June 26, 2019, in the District of Arizona, Defendant, ALEJANDRO BERRELLEZA HERNANDEZ knowingly made false statements and representations to Sprague's Sports, located in Yuma, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Kimber Rimfire Target, .22, rifle and one Kimber Micro Carry, .380, pistol, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about  August 27, 2019, in the District of Arizona, Defendant, ALEJANDRO BERRELLEZA HERNANDEZ knowingly made false statements and representations to Sprague's Sports, located in Yuma, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Walther PK 380, .380, pistol and one Beretta Pietro S.P.A. 84, .380, pistol, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about  October 17, 2019, in the District of Arizona, Defendant, ALEJANDRO

BERRELLEZA HERNANDEZ knowingly made false statements and representations to Sprague's Sports, located in Yuma, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Armscor of the Philippines (Squires Bingham) 22 TCM, .22, pistol and one Glock GMBH 17, 9 mm, pistol, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 10, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
ANTHONY W. CHURCH
Assistant U.S. Attorney

- 3 -