JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE L. McCLELLAN, #015902
Asst. Federal Public Defender
jane_mcclellan@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Alejandro Berrelleza-Hernandez,

Defendant.

No. CR-20-00232-PHX-DJH

**MOTION FOR DOWNWARD VARIANCE AND SENTENCING MEMORANDUM**

**(Defendant Out of Custody)**

Defendant Alejandro Berrelleza-Hernandez, by and through undersigned counsel, hereby submits this Motion for Downward Variance and Sentencing Memorandum. Defendant pleaded guilty to the offense of False Statement During the Purchase of Firearms, in violation of 18 U.S.C. § 924(a)(1)(A). Sentencing in this matter is schedule for October 27, 2020. Defendant recommends that the Court impose a sentence of three years of probation.

## I. Defendant's Background

Alejandro Berrelleza-Hernandez is 25 years old. He is a naturalized citizen and father of one child, age two. His father died recently in March of 2020, and his mother resides in San Luis Rio Colorado, Sonora, Mexico. She is a legal permanent resident of the United States. He maintains a close relationship with his mother and his six siblings. Mr. Berrelleza-Hernandez has been in a committed relationship

with the mother of his child for the last five years. He resided in Mexico until the age of 14, and then he moved to San Luis, Arizona, with his parents. He became a naturalized citizen several years ago. He is employed as a mechanic at an electrical company. He has 11 years of education. He has no serious drug or alcohol issues or mental health issues. While this case was pending, he contracted Covid-19 and suffered mild symptoms. He has recovered.

**II. An Appropriate Sentence**

The sentencing guidelines in this case recommend a sentence of 12 to 18 months of imprisonment. The plea agreement stipulates that the sentence shall not exceed the low end of the guideline range, and the Government recommends a sentence of probation. The presentence report writer recommends a sentence of three years of probation. Defendant agrees with this recommendation.

Mr. Berrelleza-Hernandez became involved in this offense because he felt threatened by the persons who approached him to purchase the firearms, and he also needed the money for his young child. He is remorseful for his conduct. He has no prior contact with the criminal justice system, and this behavior was very out of character for him. He has been on pretrial release since his arrest on this offense, and he has complied with all conditions of release.

A downward variance of five levels to Offense Level 8 makes sense in this case. Defendant is not in need of home detention or a placement at a halfway house, so a sentence of probation in Zone A is a reasonable resolution. Mr. Berrelleza-Hernandez will have a felony conviction on his record, and he will not be permitted to purchase firearms for the rest of his life. Mr. Berrelleza-Hernandez has good and stable employment and supports his family. He has a two-year old child that he is raising with his girlfriend. A sentence of three years of probation is a sufficient punishment for the offense and will deter others from similar conduct.

## III. Conclusion

For all of the foregoing reasons, Defendant recommends that the Court downward vary from the sentencing guidelines and impose a sentence of probation for three years.

Respectfully submitted: October 19, 2020.

JON M. SANDS
Federal Public Defender

*s/Jane L. McClellan*
JANE L. McCLELLAN
Asst. Federal Public Defender